*Harold A. Gates* and *Leonard Michael Lake* for appellant.

*Manfred W. Ehrich, Ralph Royall* and *James G. Holland* for respondent.

Judgment affirmed, with costs, with leave to the appellant, if so advised, to move at Special Term for a resettlement of the judgment to conform to the language of the order of the Appellate Division. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.

In the Matter of the Claim of DOLORES A. RICE, on Behalf of JOHN T. RICE, a Minor Child, Respondent, against WILLIAM WRIGLEY, JR. COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 6, 1942; decided October 29, 1942.

*Charles P. Barre* for appellants.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.

In the Matter of BRONXVILLE BOWLING CLUB, INC., Appellant, against GEORGE N. SCHMIEDEL, as Tax Assessor of the Town of Eastchester, et al., Respondents.

Argued October 7, 1942; decided October 29, 1942.